**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PIERRE PHENIX, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:26-CV-470-CMS |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court upon review of self-represented Petitioner Pierre Phenix's "2241 / 3582(c)(1)(A)(i)"[1] filing and his "Amended Motion" seeking a "Motion of 2241." ECF Nos. 1-2. The Court construes these filings as seeking habeas corpus relief under 28 U.S.C. § 2241. But these filings are defective as a petition and amended petition because they were not drafted on Court forms and they do not substantially follow the form prescribed by the Court. E.D. Mo. Local Rule 2.06(A) ("All actions brought by self-represented plaintiffs or petitioners should be filed on Court-provided forms where applicable. If an action is not filed on a Court-provided form, the Court, in its discretion, may order the self-represented plaintiff or petitioner to file the action on a Court-provided form."); Rule 2(d) of the Rules Governing § 2254 Cases ("The petition must substantially follow either the form appended to these rules or a form prescribed by a local

---

[1] Although Petitioner references 18 U.S.C. § 3582 in the title of this filing, he appears to be aware that a motion seeking reduction of sentence under this section must be filed in his criminal proceeding, as he already filed two (2) such motions that have been denied. *See United States v. Phenix*, No. 4:21-cv-00239-HEA-1, ECF Nos. 64, 70, 75-76 (E.D. Mo. filed Apr. 7, 2021). Furthermore, his "Amended Motion" specifically mentions "habeas corpus" and relief under "2241." ECF No. 2 at 1. Accordingly, it seems reasonable to presume that Petitioner intends this case to be seeking habeas corpus relief under 28 U.S.C. § 2241.

district-court rule."); *see also* Rule 1(b) of the Rules Governing Section 2254 Cases (stating that the Rules apply to section 2241 petitions as well).

Similarly, Petitioner's "Attached Affidavit In Support of Motion to Proceed in Forma Pauperis" is defective as a motion seeking to proceed *in forma pauperis* because it was not drafted on a Court-provided form. As such, Petitioner will have **thirty (30) days** from the date of this Order to file an amended petition and motion to proceed *in forma pauperis* on Court-provided forms.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall mail to Petitioner blank copies of the Court's "Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241" form and "Motion to Proceed *in Forma Pauperis* and Affidavit in Support – Habeas Cases" form.

**IT IS FURTHER ORDERED** that, within **thirty (30) days** of the date of this Order, Petitioner shall file an amended petition on the Court-provided form. Petitioner is advised that his amended petition will take the place of his original petitions and will be the only pleading that this Court will review.

**IT IS FURTHER ORDERED** that, within **thirty (30) days** of the date of this Order, Petitioner shall either pay the $5.00 filing fee or submit a motion to proceed *in forma pauperis* on the Court-provided form.

**IT IS FINALLY ORDERED** that if Petitioner fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 23rd day of July 2026.

_____
CRISTIAN M. STEVENS
UNITED STATES DISTRICT JUDGE

2