**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PIERRE PHENIX,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 4:26-cv-00470-CMS |

**MEMORANDUM AND ORDER**

This matter is before the Court upon review of the file. On July 23, 2026, the Court ordered self-represented Petitioner Pierre Phenix to file an amended petition on a Court-provided form and to either pay the $5.00 filing fee or submit a motion to proceed *in forma pauperis* on a Court-provided form. (Doc. 5). The Court cautioned Petitioner that his failure to timely comply with the Order would result in the dismissal of his case without further notice. *Id.* at 2. Petitioner's response was due by August 24, 2026.

To date, Petitioner has neither responded to the Court's Order nor sought additional time to do so. Local Rule 2.01 authorizes the Clerk of Court to refuse to receive any pleadings "until the applicable statutory fee is paid, except in cases accompanied by a completed application to proceed in forma pauperis." E.D. Mo. L.R. 2.01(B)(1). Petitioner has not paid the filing fee or submitted a complete motion to proceed without prepayment. *See* (Doc. 5 at 2) (discussing how Petitioner's "Attached Affidavit in Support of Motion to Proceed in Forma Pauperis", (Doc. 3), is defective as a motion to proceed *in forma pauperis* because it was not drafted on a Court form). Petitioner was given meaningful notice of what was expected, cautioned that his case would be dismissed if he failed to timely comply, and given ample time to comply. The Court will therefore

dismiss this action, without prejudice, due to Petitioner's failure to comply with the Court's July 23, 2026, Order and his failure to prosecute his case. *See* Fed. R. Civ. P. 41(b); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (stating the authority of a court to dismiss *sua sponte* for lack of prosecution is inherent power governed "by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases"); *Brown v. Frey*, 806 F.2d 801, 803 (8th Cir. 1986) (stating a district court has the power to dismiss an action for the plaintiff's failure to comply with any court order).

Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice. A separate order of dismissal will be entered herewith.

**IT IS FURTHER ORDERED** that Petitioner's "Attached Affidavit in Support of Motion to Proceed in Forma Pauperis" (Doc. 3) is **DENIED as moot**.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

Dated this 21st day of September 2026.



CRISTIAN M. STEVENS
UNITED STATES DISTRICT JUDGE